## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **CRAIG SANCHEZ, Individually and on behalf of all others similarly situated** | § § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO.** |
| | | **7:17-CV-00235-RAJ** |
| **v.** | § § | |
| **GLOBE ENERGY SERVICES, LLC & GRAVITY OILFIELD SERVICES, INC.** | § § § | |
| *Defendant.* | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Craig Sanchez ("Plaintiff") and Defendants Globe Energy Services, LLC and Gravity Oilfield Services, Inc. ("Defendants") stipulate and agree that since Plaintiff no longer desires to pursue his claims against Defendants, any and all allegations, claims, and defenses asserted by and between them in the above-styled and numbered action should be dismissed with prejudice pursuant to FED. R. CIV. P. 41(a)(1)(ii).

WHEREFORE, Plaintiff and Defendants respectfully request the Court enter an Order dismissing with prejudice any and all claims asserted by and between Plaintiff and Defendants in this action with each party bearing their own attorney's fees and costs.

Respectfully submitted,

/s/ Richard J. (Rex) Burch

Richard J. (Rex) Burch
Fed. Id. 21615
Texas Bar No. 24001807
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS FOR PLAINTIFF**

/s/ Russell D. Cawyer

Russell D. Cawyer
State Bar No. 00793482
Paige P. Biggs
State Bar No. 24037810
**KELLY HART & HALLMAN LLP**
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500
(817) 878-9280  (Fax)

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

On November 12, 2018, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Russell D. Cawyer

Russell D. Cawyer

**Joint Stipulation Of Dismissal With Prejudice - Page 2**                    2793040.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **CRAIG SANCHEZ, Individually and on behalf of all others similarly situated** | § § § | |
| *Plaintiff,* | § § | **CIVIL ACTION NO.** |
| | | **7:17-CV-00235-RAJ** |
| **v.** | § § | |
| **GLOBE ENERGY SERVICES, LLC & GRAVITY OILFIELD SERVICES, INC.** | § § § § | |
| *Defendant.* | § § | |

## ORDER APPROVING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has reviewed the *Joint Stipulation of Dismissal With Prejudice.* The Court approves of the stipulation and hereby enters an Order dismissing with prejudice any and all claims asserted by and between Plaintiff Craig Sanchez ("Plaintiff") and Defendants Globe Energy Services, LLC and Gravity Oilfield Services, Inc. ("Defendants") in the above-referenced action.

IT IS THEREFORE ORDERED that any and all allegations, claims and defenses asserted by and between Plaintiff and Defendants in the above-referenced action are dismissed with prejudice. All costs and attorney's fees to be borne by the party incurring same.

Dated this _____ day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE